UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__Richmond__ DIVISION

Mark K. January and Wanda W. January

vs.                                                                 Civil/Criminal Action No. 3:23-cv-00431-REP

Equifax Information Services, LLC, et al.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for AmeriHome Mortgage Company, LLC in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

AmeriHome is a wholly-owned subsidiary of Aris Mortgage Holding Company, LLC which is a Delaware limited liability company.  No publicly traded company owns 10% or more of AmeriHome's stock.

Amerihome is a wholly-owned subsidiary of Western Alliance Mortgage Holding Company, LLC which is a Delaware limited liability company.  Western Mortgage Holding Company, LLC is 100% owned by Western Alliance Equipment Finance, Inc.

Western Alliance Bank is 100% owned by Western Alliance Bancorporation, a publicly held corporation with no corporation owning 10% or more of its stock.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

August 9, 2023                                                         */s/ Jason Manning*

Date                                                                          Signature of Attorney or Litigant
                                                                                   Counsel for AmeriHome Mortgage Company, LLC

Rev. 03/12/19