UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| Mark. K. January<br>Wanda W. January<br>   Plaintiff<br><br>v.<br><br>Equifax Information Services, LLC., *et al*<br>    Defendants | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | 3:23-CV-431-REP<br><br>**JURY DEMANDED** |

MOTION TO WITHDRAW AS COUNSEL

BY JASON M. KRUMBEIN

Pursuant to the order of this court, Jason M. Krumbein moves to withdraw appearance in this matter.

                            **Mark K. January**
                            **Wanda W. January**

                            /s/ Jason M. Krumbein, Esq.
                            Jason M. Krumbein, Esq. VSB#43538
                            JKrumbein@KrumbeinLaw.com (e-mail)
                            Counsel for Plaintiff
                            1650 Willow Lawn Drive, Suite 201
                            Richmond, VA 23230
                            804.592.0792
                            804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that on this 12 October 2023 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**John W. Montgomery, Esq.**
**Counsel for Equifax Information Services, LLC.**

**Jason E. Manning, Esq.**
**A. Eli Kaplan, Esq/**
**Counsel for AmeriHome Mortgage Company, LLC**

And to the following non-filing users:

NONE

                                                                             /s/
Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
(804) 592-0792 - Telephone
(804) 823-2565 – Facsimile

Jason M. Krumbein, Esq. VSB#43538
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)