UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

Mark. K. January
Wanda W. January
   Plaintiff                                                     3:23-CV-431-REP

v.                                                               **JURY DEMANDED**

Equifax Information Services, LLC., *et al*
     Defendants

NOTICE OF APPEARANCE BY

<u>BY CHARLES H. KRUMBEIN</u>

Charles H. Krumbein, Esq. enters his notice of appearance in this matter on behalf of Plaintiffs Mark January and Wanda January.

He asks that all correspondence be directed to his address.

                                              **Mark K. January**
                                              **Wanda W. January**

                                              /s/ Charles H. Krumbein, Esq.
                                              Charles H. Krumbein, Esq. VSB#01234
                                              CharlesH@Krumbein.com (e-mail)
                                              Counsel for Plaintiff
                                              1650 Willow Lawn Drive, Suite 201
                                              Richmond, VA 23230
                                              (804) 673-4358
                                              (804)673-4350 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on this 12 October 2023 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Jason E. Manning, Esq.**

**John W. Montgomery, Esq.**

        /s/Charles H. Krumbein
Charles H. Krumbein, Esq.