IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARK JANUARY, et al.,

    Plaintiffs,

v.                              Civil Action No. 3:23cv431

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

    Defendants.

### ORDER

It is hereby ORDERED that the MOTION TO WITHDRAW AS COUNSEL (ECF No. 17) is granted and the Clerk shall remove Jason M. Krumbein as counsel of record for the plaintiffs.

It is so ORDERED.

                                              /s/
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: October 13, 2023