**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| MARK K. JANUARY<br>and WANDA W. JANUARY,<br><br>              Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>AMERIHOME MORTGAGE COMPANY, LLC;<br>and MIDLAND MORTGAGE COMPANY,<br><br>              Defendants. | Case No. 3:23-cv-00431-REP |

## CONSENT ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING

Having considered the second consent motion to extend the deadline for Defendant Midland Mortgage Company ("**Midland**") to respond to the Amended Complaint filed by Plaintiffs, the Court hereby orders that Midland's deadline to file a responsive pleading to Plaintiffs' Amended Complaint shall be extended through and including January 22, 2024.

This Order does not waive any defense(s) Midland may bring and preserves all of Midland's rights related to responding to the Amended Complaint up to and including January 22, 2024.

**SO ORDERED** this ____ day of _____, _____.

_____
Hon. Robert E. Payne
Senior United States District Judge

WE ASK FOR THIS:

/s/ David M. Barnes, Jr.
David M. Barnes, Jr., Esq. (VSB No. 86747)
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave., N.W., Suite 900
Washington, D.C. 20001
Tel:  (202) 689-2885
Fax:  (202) 689-2860
Email: david.barnes@nelsonmullins.com

*Counsel for Defendant Midland Mortgage Company*

SEEN AND NO OBJECTION:

/s/ Jason Meyer Krumbein (by DMB with authorization)
Charles H. Krumbein (VSB No. 01234)
Krumbein & Associates
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
charlesh@krumbein.com

Jason Meyer Krumbein (VSB No. 43538)
Krumbein Consumer Legal Services Inc.
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804-592-0792
Fax: 804-823-2565
JKrumbein@krumbeinlaw.com

*Counsel for Plaintiffs*