IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARK K. JANUARY,
et al.,

    Plaintiffs,

v.                              Civil Action No. 3:23cv431

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

    Defendants.

## ORDER

Having considered the SECOND CONSENT MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING (ECF No. 33), and there being no objection by the plaintiffs, it is hereby ORDERED that the Motion (ECF No. 33) is granted. It is further ORDERED that the defendant, Midland Mortgage Company, shall file its Answer and any other motions with respect to the Complaint by January 22, 2024.

    It is so ORDERED.

                                              /s/   REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: January 17, 2024