# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| MARK K. JANUARY<br>and WANDA W. JANUARY,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>AMERIHOME MORTGAGE COMPANY, LLC;<br>and MIDLAND MORTGAGE COMPANY,<br><br>    Defendants. | Case No. 3:23-cv-00431-REP |

## STATEMENT REGARDING CONSENT

Defendant Midland Mortgage Company ("Defendant"), by undersigned counsel, pursuant to the Court's Order (ECF No. 38) and 28 U.S.C. § 636, respectfully states that Defendant does not consent to the referral of this case to a Magistrate Judge.

Respectfully submitted this 7th day of February, 2024.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ David M. Barnes, Jr.*
David M. Barnes, Jr. (VSB No. 86747)
101 Constitution Ave., N.W., Suite 900
Washington, D.C. 20001
Tel:  (202) 689-2885
Fax:  (202) 689-2860
Email: david.barnes@nelsonmullins.com

*Counsel for Defendant Midland Mortgage Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 7, 2024, a copy of the foregoing was served via the CM/ECF list maintained by the Court in this matter upon all counsel of record.

                                           */s/ David M. Barnes, Jr.*
                                           David M. Barnes, Jr.