UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

Mark. K. January
Wanda W. January
   Plaintiff                                                   3:23-CV-431-REP

v.                                                                     **JURY DEMANDED**

Equifax Information Services, LLC., *et al*
   Defendants

**PLAINTIFFS RESPONSE TO**

**38-Order on Referring to Magistrate Judge**

Comes now the plaintiffs, and file a response to 38-Order on Referring to Magistrate Judge, and says as follows:

Pursuant to 28 U.S.C. §636(c)(1), the plaintiff states that the defendant, Midland Mortgage, has objected to the referral to a Magistrate Judge.  Plaintiff takes no position on the issue, as the matter is moot.

                                       **Mark K. January**
                                       **Wanda W. January**

                                       ___/s/_____
                                       Jason M. Krumbein, Esq. VSB#43538
                                       JKrumbein@KrumbeinLaw.com (e-mail)
                                       Counsel for Plaintiff
                                       1650 Willow Lawn Drive, Suite 201
                                       Richmond, VA 23230
                                       804.592.0792
                                       804.823.2565 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on this 14 February 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Jason E. Manning, Esq.**
**Counsel for Amerihome (terminated party)**

**John W. Montgomery, Esq.**
**Counsel for Equifax (terminated party)**

**David M. Barnes, Jr., Esq.**
**Counsel for Midland Mortgage Company**

_____/s/_____
Jason M. Krumbein, Esq.  VSB#43538
JKrumbein@KrumbeinLaw.com (email)
Counsel for Plaintiff
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)