```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                      Richmond Division
```

MARK K. JANUARY, et al.,

    Plaintiffs,

v.                                   Civil Action No. 3:23cv431

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

    Defendants.

**ORDER**

It is hereby ORDERED that the settlement conference and proceedings required by paragraph 3 of the Scheduling Order are referred to United States Magistrate Judge Mark R. Colombell. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Colombell within five (5) days of the date of this Order to schedule the conference to occur within the fifty-day period required by paragraph 3 of the Scheduling Order or at such other time as Magistrate Judge Colombell shall approve.

The Clerk is directed to send a copy of this Order to Magistrate Judge Colombell.

It is so ORDERED.

                                         /s/ *REP*
                                         Robert E. Payne
                                         Senior United States District Judge

Richmond, Virginia
Date: February 22, 2024