IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARK K. JANUARY, et al.,

    Plaintiffs,

v.                                Civil Action No. 3:23cv431

EQUIFAX INFORMATION
SERVICES, LLC,
et al.,

    Defendants.

### ORDER

The Court having been advised that the disputes in this action have been settled with respect to the defendant, Midland Mortgage Company, it is hereby ORDERED that, pursuant to PRETRIAL SCHEDULE A, ¶ I.D (ECF No. 37-1), the parties shall either electronically file a Stipulation of Dismissal or submit a Dismissal Order to the Court for entry by March 21, 2024.

It is so ORDERED.

                                                  /s/   *REP*
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: March __, 2024