UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| Mark. K. January<br>Wanda W. January<br>    Plaintiff<br><br>v.<br><br>Equifax Information Services, LLC., *et al*<br>    Defendants | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | 3:23-CV-431-REP<br><br>**JURY DEMANDED** |

STIPULATION OF DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC

COMES NOW the plaintiff, by counsel, and Midfirst Bank and Midland Mortgage, A division of Midfirst Bank and STIPULATES that this matter is DISMISSED WITH PREJUDICE pursuant to FRCP 41(A)(1)(a)(ii).  Each party shall bear its own costs and expenses. The court shall retain jurisdiction to enforce the terms of any settlement agreement between the parties.


**Mark K. January**
**Wanda W. January**

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

**Midfirst Bank**

    /s/ David M. Barnes, Jr. Esq.
(With electronic permission)
David M. Barnes, Jr. Esq. VSB#86747
David.Barnes@NelsonMullins.com (email)
Counsel for Midfirst Bank
Nelson Mullins Riley & Scarborough, LLP
101 Constitution Ave, NW Suite 900
Washington, DC 20001
804.689.2885
804.689.2860 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiffs
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 18 March 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**John W. Montgomery, Esq.**
**Counsel for Equifax Information Services, LLC.**

**Jason E. Manning, Esq.**
**A. Eli Kaplan, Esq/**
**Counsel for AmeriHome Mortgage Company, LLC**

**David M. Barnes, Esq.**
**Counsel for Midland Mortgage, A Division of Midfirst Bank**
**and Midfirst Bank.**

And to the following non-filing users:

NONE

                                                                                       /s/
                                                  Jason M. Krumbein, Esq. VSB# 43538
                                                  JKrumbein@KrumbeinLaw.com
                                                  Krumbein Consumer Legal Services, Inc.
                                                  1650 Willow Lawn Dr. Suite 201
                                                  Richmond, VA 23230
                                                  (804) 592-0792 - Telephone
                                                  (804) 823-2565 – Facsimile

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiffs
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)